UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WHITE SPRINGS AGRICULTURAL CHEMICALS, INC.,** d/b/a PCS Phosphate – White Springs,

    Plaintiff,

v.                                           **CASE NO. 3:07-CV-752-J-25JRK**

**GLAWSON INVESTMENTS CORP.,**
Individually and as successor to BIENVILLE FOREST INVESTMENTS, INC.,

    Defendant.
_____/

## ORDER CONFIRMING ARBITRATION AWARD

This Cause is before the Court on Defendant Glawson Investments Corporation's Motion to Confirm Arbitration Award (Dkt. 26). Upon consideration, it is **ORDERED** that

    1. The stay in this case is lifted for the purpose of entering this Order;

    2. Defendant Glawson Investments Corporation's Motion to Confirm Arbitration Award (Dkt. 26) is **GRANTED IN PART**. The arbitration award entered by the American Arbitration Association Panel on August 18, 2008 (Award) is confirmed and made the Judgment of this Court. Issues with respect to the scope of the Award and compliance with the Award are recommitted to that

arbitration panel for consideration if necessary;

      3.  The administrative stay in this case is re-instituted.  The parties are directed to continue to submit a joint status report every 90 days.

**DONE AND ORDERED** at Jacksonville, Florida, this 29 day of September, 2008.

                                          HENRY LEE ADAMS, JR.
                                          United States District Judge

Copies to:
Counsel of Record